NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROTHERS CRAFT BREWING, LLC, FKA THREE BROTHERS BREWING, LLC,**

*Appellant*

**v.**

**BROTHERS FRANCHISING & DEVELOPMENT, LLC,**

*Appellee*

---

2021-1219

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91232361.

---

**JUDGMENT**

---

ROBERT F. FRIEDMAN, Harman Claytor Corrigan & Wellman, Richmond, VA, argued for appellant. Also represented by ELIZABETH S. SKILLING.

LAURA LYNN MYERS, Fredrikson & Byron, PA, Minneapolis, MN, argued for appellee. Also represented by NIRMANI CHETHANA PERERA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 19, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court